## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| THERAPY PRODUCTS, INC. | § | |
| | § | |
| V. | § | CASE NO. 4:07cv398 |
| | § | |
| ENERGY BALANCE RESOURCES, | § | |
| INC., ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 9, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion for Summary Judgment (Dkt. 15) and Plaintiffs' Motion for Partial Summary Judgment (Dkt. 17) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Defendants' Motion for Summary Judgment (Dkt. 15) and Plaintiffs' Motion for Partial Summary Judgment (Dkt. 17) are DENIED.

**IT IS SO ORDERED.**

SIGNED this 29th day of September, 2008.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE